```
PARAS AND REPP, ATTORNEYS AT LAW
GENEVIEVE PARAS REPP, # 059905
2322 Butano Drive, Suite 109
Sacramento, CA 95825
Phone:  (916) 483-3614
Fax:    (916) 486-1656
```

**LODGED**

APR 2 7 2005

Attorney for Defendant

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENARD SCOTT, | NO. CIV.S-04-1921 DFL GGHL |
| Plaintiff, | Civil Rights |
| v. | STIPULATION AND ORDER TO CORRECT & AMEND FIRST AMENDED COMPLAINT AND CORRECT AND AMEND ANSWER TO FIRST AMENDED COMPLAINT |
| STEVE MACKIS, | |
| Defendant. | |

Pursuant to Local Rule 5-137, the parties hereby agree to submit the above-entitled action, corrected as follows:

1. **SECOND AMENDED COMPLAINT:**

    a.  That the Second Amended Complaint is hereby corrected without prior Leave of Court by agreement of the parties.

    b.  All attendant documents, attached to the Second Amended Complaint with the names of defendants, ANDREW MACKIS and STEVE MACKIS, shall be modified and corrected with the name of HELEN MACKIS LIVING TRUST. The documents referred to are as follows:

        1.  NOTICE OF RIGHT TO CONSENT TO THE EXERCISE JURISDICTION BY A MAGISTRATE JUDGE.

CIV.S-04-1921 DFL GGH                          1

  2.   CONSENT TO PROCEED BEFORE UNITED STATE MAGISTRATE JUDGE.

  3.   NOTICE OF AVILABILITYOF VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP).

  4.   STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VDRP.

  5.   JUDGE LEVI'S ORDER REQUIRING JOINT STATUS REPORT.

**2. ANSWER TO FIRST AMENDED COMPLAINT:**

a. That the correct name of the Defendant in the within matter is as follows: HELEN MACKIS LIVING TRUST, not Steve Mackis.

b. That the HELEN MACKIS LIVING TRUST was erroneously sued as Steve Mackis.

c. That the HELEN MACKIS LIVING TRUST admits ownership to the Jalapenos restaurant.

DATED 3/31/05

THOMAS N. STEWART, III
ATTORNEY FOR PLAINTIFF

04-07-05

GENEVIEVE PARAS REPP
ATTORNEY FOR DEFENDANT

IT IS SO ORDERED.

DATED: 5/10/2005

DAVID F. LEVI,
UNITED STATES DISTRICT COURT JUDGE

CIV.S-04-1921 DFL GGH

2